Gregory L. Spallas, SBN 129306
Kristin L. Oliveira, SBN 204384
PHILLIPS, SPALLAS & ANGSTADT LLP
Three Embarcadero Center, Suite 550
San Francisco, California 94111
Tel:  (415) 278-9400
Fax:  (415) 278-9411
gspallas@psalaw.net
koliveira@psalaw.net

Attorneys for Defendant
[erroneously named as "Walmart"]
WAL-MART STORES, INC.

Adam J. Krolikowski SBN 202946
THE KROLIKOWSKI LAW FIRM, P.C.
27281 Las Ramblas, Suite 160
Mission Viejo, California 92691
Tel:  (949) 367-3155
Fax:  (949) 367-3144
ajk4law@yahoo.com

Attorneys for Plaintiff
JAMES DONALESKI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DONALESKI, | Case No. 2:08-cv-00219-JAM-JFM |
| Plaintiff, | |
| v. | JOINT STIPULATION AND [PROPOSED] ORDER |
| WALMART, and DOES 1 through 20, inclusive. | |
| Defendants. | |

The parties, by and through their attorneys of record, herein stipulate as follows:

    Defendant Wal-Mart Stores, Inc. forgoes and waives any legal rights or remedies to seek costs following the district court's judgment entered on May 8, 2009 and withdraws its Bill of Costs filed with the court on May 18, 2009, as full consideration for plaintiff's complete waiver

-1-

1  of all legal rights and remedies he may have to appeal any issue decided by the district court in
2  the above-referenced action.
3
4  SO STIPULATED:
5
                           The Krolikowski Law Firm, P.C.
6
7  Dated: 6/19/09
8                          Adam J. Krolikowski for
9                          Plaintiff JAMES DONALESKI
10
                           Phillips, Spallas & Angstadt LLP
11
12 Dated: 6/23/09
13                         Kristin L. Oliveira
                           Attorney for Defendant
14                         WAL-MART STORES, INC.
15
16 IT IS SO ORDERED:
17
18 Dated: 6-25-09
19                         HONORABLE JOHN A. MENDEZ

-2-

JOINT STIPULATION; [PROPOSED] ORDER
U.S.D.C. – Eastern District of California – Case No. 2:08-cv-00219-JAM-JFM